```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/02/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN SULLIVAN,

            Plaintiff,

     v.

COLUMBIA DEBT RECOVERY LLC D/B/A
GENESIS CREDIT MANAGEMENT LLC, TRANS
UNION, LLC, EQUIFAX INFORMATION
SERVICES, LLC, AND EXPERIAN
INFORMATION SOLUTIONS, INC.,

            Defendants.

No. 21-CV-8084 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that a settlement in principle has been reached between Plaintiff and Defendants Equifax Information Services, LLC and Experian Information Solutions, Inc. By no later than January 3, 2022, Plaintiff, Equifax, and Experian shall file a stipulation of dismissal or otherwise update the Court on the status of settlement. If Plaintiff, Equifax, and Experian seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court by no later than January 3. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

    Defendants Equifax and Experian are excused from all future appearances and deadlines until January 3, 2022.

SO ORDERED.

Dated: December 2, 2021
       New York, New York

_____
Ronnie Abrams
United States District Judge